| | | | |
|---|---|---|---|
| Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | | |
| TITLE: (1) BY ME: | SUMMONS, COMPLAINT, EXHIBTIS OUT OF STATE PROCESS SERVER | DATE: | 2/20/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

DEPARTMENT STORES NATIONAL BANK
_____

Place where served:

CitiBank   701 E 60th St North
_____

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Lauren Nadolski – Legal Assistant
_____

Relationship to defendant: None – Employee of Citibank

Description of person accepting service:

SEX: F   AGE: 35   HEIGHT: 5'4"   WEIGHT: 115   SKIN: Asian   HAIR: Black   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**SERVED BY THE MINNEHAHA COUNTY SHERIFF'S DEPT**

**STATEMENT OF SERVER**

TRAVEL $ ____.____        SERVICES $ ____.____        TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2 / 20 / 20 08            _Harley March_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   BRIAN L. BROMBERG, ESQ.
PLAINTIFF:  VALERIE RUBINSTEIN, ET AL
DEFENDANT:  DEPARTMENT STORES NATIONAL BANK
VENUE:      SOUTHERN DISTRICT OF NEW YORK
DOCKET:     08 CV 01596

TZ

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# SHERIFF'S RETURN

PAGE 2

No. 2008- 2846

STATE OF SOUTH DAKOTA,

COUNTY OF MINNEHAHA

SEND TO: GUARANTEED SUBPOENA SERVICE
THE SPARTAN BUILDING
2009 MORRIS AVE STE 101
UNION, NJ
07083

**ENTRY**

VALERIE RUBINSTEIN _____ Plaintiff

— vs —

DEPT STORES NATIONAL BANK _____ Defendant

08CV1596

**AFFIDAVIT OF SERVICE:**

I, MAREK, HARLEY CIVIL PROCESS SERVER, Sheriff of Minnehaha County, South Dakota, hereby certify and return that the annexed SUMMONS, COMPLAINT _____ came into my hands for service on the 20TH day of FEBRUARY, 2008. That I served the same on DEPT STORES NAT CITIBANK by delivering and leaving a true copy thereof with LAUREN NADOLSKI (LEGAL SPECIALIST ASSISTANT) in Minnehaha County, State of South Dakota, on the 20TH day of FEBRUARY, 2008.

| PAYMENT INSTRUCTIONS | SHERIFF'S FEES |
|---|---|
| RETURN PAGE 2, ALONG WITH YOUR CHECK OR MONEY ORDER TO:<br><br>MINNEHAHA COUNTY SHERIFF DEPARTMENT<br>320 W 4TH STREET<br>SIOUX FALLS, SOUTH DAKOTA 57104-2435 | SUMMONS<br>COMPLAINT<br>MILEAGE<br><br>TOTAL FEES   $ |

SHERIFF

By _Harley Marek_
DEPUTY SHERIFF