AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 08-cv-1596(LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Valerie Rubinstein

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/29/2008 | */s/ H. Schnall* |
| Date | Signature |
| | Harley J. Schnall |
| | Print Name            Bar Number |
| | 711 West End Ave |
| | Address |
| | New York,        NY        10025 |
| | City        State        Zip Code |
| | (212) 678-6546        (212) 678-0322 |
| | Phone Number        Fax Number |