03/10/2008 12:07    2122487908        BROMBERG LAW OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY ~~~
#:
FILED: MAR 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
VALERIE RUBENSTEIN, individually and on : No. 1:08-cv-01596-LTS-
behalf of all other similarly situated,
                                        : STIPULATION TO EXTEND
            Plaintiff,                    DEADLINE FOR DEFENDANT TO
                                        : ANSWER OR OTHERWISE
    v.                                    RESPOND TO THE SUMMONS
                                        : AND COMPLAINT
DEPARTMENT STORES NATIONAL BANK,
                                        :
            Defendant.
                                        :

------------------------------x

WHEREAS, plaintiff Valerie Rubenstein ("Plaintiff") served her Complaint and Summons on February 20, 2008;

WHEREAS, the response of defendant Department Stores National Bank ("Defendant") to the Complaint currently is due on March 11, 2008;

WHEREAS, Defendants need additional time to respond to the Complaint; and

WHEREAS, Defendants agree not to challenge the sufficiency of Plaintiff's service of process in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED, by the parties hereto, through their respective counsel, that the time for Defendants to answer, move to dismiss, or otherwise respond to the Complaint shall be extended until and including April 1, 2008.

LA 51029727v2

|  |  |
|---|---|
| | Respectfully Submitted, |
| Dated: New York, New York<br>March _10_, 2008 | STROOCK & STROOCK & LAVAN LLP |

By: /s/ _____
Anton F. Mikel  (AM 3830)

180 Maiden Lane
New York, New York 10038
Phone: (212) 806-5400
Fax: (212) 806-2680

Attorneys for Defendants
DEPARTMENT STORES NATIONAL
BANK


Dated: March _10_, 2008        BROMBERG LAW OFFICE, P.C.

By: /s/ _____
Brian L. Bromberg

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax: (212) 248-7908

Attorneys for Plaintiff
VALERIE RUBENSTEIN


New York, New York              SO ORDERED:
March _12_, 2008

_____
U.S.D.J.

LA 51029727v2