UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VALERIE RUBENSTEIN,

                Plaintiff,

      -against-

1:08 CIVIL 01596 (LTS)

DEPARTMENT STORES NATIONAL BANK,

                Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __ANTON MIKEL__

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __AM 3830__

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

    From: _____

    To: _____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] *Address:* STROOCK & STROOCK & LAVAN LLP, 180 MAIDEN LANE, NEW YORK, NY 10038

[X] *Telephone Number:* (212) 806-5680

[X] *Fax Number:* (212) 806-2680

[X] *E-Mail Address:* AMIKEL@STROOCK.COM

Dated: April 3, 08       /s/ Anton Mikel