03/31/2008 21:01    2122487908          BROMBERG LAW OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 4 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
VALERIE RUBENSTEIN, individually and on : No. 1:08-cv-01596-LTS-
behalf of all other similarly situated,
                                        : **STIPULATION TO EXTEND**
            Plaintiff,                    **DEADLINE FOR DEFENDANT TO**
                                        : **ANSWER OR OTHERWISE**
     v.                                   **RESPOND TO THE SUMMONS**
                                        : **AND COMPLAINT**
DEPARTMENT STORES NATIONAL BANK,
                                        :
            Defendant.
                                        :

------------------------------ x

   WHEREAS, plaintiff Valerie Rubenstein ("Plaintiff") served her Complaint and Summons on February 20, 2008;

   WHEREAS, by stipulation of the parties, the response of defendant Department Stores National Bank ("Defendant") to the Complaint is currently due on April 1, 2008;

   WHEREAS, Defendants need additional time to respond to the Complaint; and

   WHEREAS, Defendants agree not to challenge the sufficiency of Plaintiff's service of process in this action;

   NOW THEREFORE, IT IS HEREBY STIPULATED, by the parties hereto, through their respective counsel, that the time for Defendants to answer, move to dismiss, or otherwise respond to the Complaint shall be extended until and including May 1, 2008.

LA 51039193v1

Respectfully Submitted,

Dated: New York, New York  
March 31, 2008

STROOCK & STROOCK & LAVAN LLP

By: /s/ _____  
Anton F. Mikel (AM 3830)

180 Maiden Lane  
New York, New York 10038  
Phone: (212) 806-5400  
Fax: (212) 806-2680

Attorneys for Defendants  
DEPARTMENT STORES NATIONAL BANK

Dated: March 31, 2008

BROMBERG LAW OFFICE, P.C.

By: /s/ _____  
Brian L. Bromberg

40 Exchange Place, Suite 2010  
New York, NY 10005  
Phone: (212) 248-7906  
Fax: (212) 248-7908

Attorneys for Plaintiff  
VALERIE RUBENSTEIN

New York, New York  
March __, 2008

SO ORDERED:

_____ 4/2/08  
U.S.D.J.

LA 51039193v1