UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
VALERIE RUBENSTEIN, individually and on behalf : No. 1:08-cv-01596-LTS
of all others similarly situated,
: The Honorable Laura T. Swain
           Plaintiff,
: **NOTICE OF MOTION TO**
  v. **APPEAR PRO HAC VICE**
:
DEPARTMENT STORES NATIONAL BANK,
:
           Defendant.
:
------------------------------ x

      Defendant Department Stores National Bank, by its counsel Stroock & Stroock & Lavan LLP, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York will move this Court before the Honorable Laura T. Swain at the Courthouse located at 500 Pearl Street, New York, NY 10007 for an Order granting permission to Lisa M. Simonetti, a member in good standing of the Bar of the State of California, to participate in these proceedings. This motion is made on submission. The attached declaration of Anton F. Mikel and the exhibits thereto provide further support for this motion. A proposed order is attached hereto.

Dated: April 8, 2008
New York, New York

                              STROOCK & STROOCK & LAVAN LLP

                              _____
                              Anton F. Mikel

                              180 Maiden Lane
                              New York, New York 10038
                              (212) 806-5400
                              *Attorneys for Defendant*

LA 51041473v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
VALERIE RUBENSTEIN, individually and on behalf : No. 1:08-cv-01596-LTS
of all others similarly situated,
:
                    Plaintiff,        : **The Honorable Laura T. Swain**

:
v.                                 **DECLARATION OF ANTON F.**
                                           : **MIKEL IN SUPPORT OF MOTION**
DEPARTMENT STORES NATIONAL BANK,      **TO APPEAR PRO HAC VICE**
:
                    Defendant.
:
------------------------------ x

      **ANTON F. MIKEL**, declares under the penalty of perjury that the foregoing is true and correct:

      1.     I am an attorney duly admitted to practice in the courts of the State of New York and in this Court, and am an associate of Stroock & Stroock & Lavan LLP, counsel for defendant Department Stores National Bank ("DSNB"). I submit this declaration in support of the motion to admit Lisa M. Simonetti ("Ms. Simonetti") to appear <u>pro hac vice</u> in this action on behalf of DSNB.

      2.     Ms. Simonetti practices law at the law firm of Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, CA 90067-3086 and is a member in good standing of the Bar of the State of California. Ms. Simonetti's Declaration in support of this Motion is annexed hereto as Exhibit A, and her Certificate of Good Standing is annexed hereto as Exhibit B. The proposed order is annexed hereto as Exhibit C.

3. I respectfully request that the Court grant this motion and permit Ms. Simonetti to practice before this Court pro hac vice as counsel for DSNB in these proceedings.

Dated: April 8, 2008
New York, New York

Respectfully submitted,

_____
Anton F. Mikel

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
(212) 806-5400
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
VALERIE RUBENSTEIN, individually and on behalf : No. 1:07-cv-3097 (BSJ)
of all others similarly situated,
: 
                      Plaintiff, : **The Honorable Barbara S. Jones**

: **AFFIRMATION OF LISA M.**
v. : **SIMONETTI IN SUPPORT OF**
: **MOTION TO APPEAR**
DEPARTMENT STORES NATIONAL BANK, **PRO HAC VICE**

                     Defendant.
:
------------------------------- x

    LISA M. SIMONETTI, under penalty of perjury, declares as follows:

1.    I am a member of the law firm of Stroock & Stroock & Lavan LLP.

2.    I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4.    There are no pending disciplinary proceedings against me in any State or Federal Court.

5.    Wherefore I respectfully submit that I be permitted to appear as counsel and advocate pro hac vice in this one case.

LA 51041461v1

6.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Los Angeles, California
       April 7, 2008

_____
Lisa M. Simonetti

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067
Tel: (310) 556-5800
Fax: (310) 556-5959

LA 51041461v1

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639         TELEPHONE: 888-800-3400

March 26, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LISA MARIE SIMONETTI, #165996 was admitted to the practice of law in this state by the Supreme Court of California on November 23, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
VALERIE RUBENSTEIN, individually and on behalf   :   No. 1:08-cv-01596-LTS
of all others similarly situated,
                                                 :   **The Honorable Laura T. Swain**
                    Plaintiff,
                                                 :   **ORDER**
     v.
                                                 :
DEPARTMENT STORES NATIONAL BANK,
                                                 :
                    Defendant.
                                                 :
------------------------------------------------x

    Upon the annexed Declaration of Anton F. Mikel, Esq. and the exhibits attached thereto, it is hereby:

    ORDERED that Lisa M. Simonetti is granted leave to appear pro hac vice in the above action as counsel for defendant Department Stores National Bank.

Dated: April __, 2008
New York, New York

                                            _____
                                            United States District Judge

LA 51041471v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VALERIE RUBENSTEIN, individually and on behalf  :
of all others similarly situated,
                                                  :   No. 1:08-cv-01596-LTS
               Plaintiff,
                                                  :   The Honorable Laura T. Swain
   v.
                                                  :
DEPARTMENT STORES NATIONAL BANK,
                                                  :
              Defendant.
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

      I, Anton Mikel, hereby certify that on April 15, 2008, I caused a true and correct copy of Defendant Department Stores National Bank's Notice of Motion to Appear Pro Hac Vice and supporting documents to be served by first class mail upon:

Brian L. Bromberg, Esq.
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005

and,

Harley J. Schnall, Esq.
711 West End Ave
New York, NY 10025


Dated: April 15, 2008
       New York, New York

                                                                                         Anton Mikel