UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
VALERIE RUBENSTEIN, individually and on behalf :    No. 1:08-cv-01596-LTS
of all others similarly situated,
:    **The Honorable Laura T. Swain**
            Plaintiff,
:    **ORDER**
    v.
:
DEPARTMENT STORES NATIONAL BANK,
:
            Defendant.
:
---------------------------------- x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: APR 2 1 2008]

Upon the annexed Declaration of Anton F. Mikel, Esq. and the exhibits attached thereto,

it is hereby:

ORDERED that Keith A. Custis is granted leave to appear <u>pro hac vice</u> in the above

action as counsel for defendant Department Stores National Bank.


Dated: April __, 2008
New York, New York

                                      _____
                                        United States District Judge

LA 51041479v1