UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
VALERIE RUBENSTEIN, individually and on behalf :    No. 1:08-cv-01596-LTS
of all others similarly situated,

                                   :    **The Honorable Laura T. Swain**

                 Plaintiff,

                                   :    **ORDER**

    v.

DEPARTMENT STORES NATIONAL BANK,

                 Defendant.

------------------------------- x

       Upon the annexed Declaration of Anton F. Mikel, Esq. and the exhibits attached thereto, it is hereby:

       ORDERED that Lisa M. Simonetti is granted leave to appear <u>pro hac vice</u> in the above action as counsel for defendant Department Stores National Bank.

Dated: April 1̸8̸, 2008
New York, New York

                                               _[signature]_
                                               United States District Judge

LA 51041471v1