UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE RUBENSTEIN,
　　　　　　　　　　　　　Plaintiff,

-v-

DEPARTMENT STORES NATIONAL BANK,
　　　　　　　　　　　　　Defendant.

Case No. 1:08-CV-01596

**Rule 7.1 Statement**

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Department Stores National Bank (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1. Citigroup, Inc.

Date: May 1, 2008

_____
Signature of Attorney

Attorney Bar Code: AM 3830

Form Rule7_1.pdf  SDNY Web 10/2007