# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg
Licensed in
New York and California

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:   (212) 248-7908



May 9, 2008

Via Fax: (212) 805-0426
Honorable Laura Taylor Swain, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Rubinstein v. Department Stores National Bank*, SDNY, No. 08-cv-1596(LTS)

Dear Judge Swain:

My office represents the Plaintiff in the above-referenced case brought under the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*

I am writing to request that the Court adjourn the initial conference scheduled for May 16, 2008, because I will be out-of-town speaking at a consumer-protection litigation conference. Defense counsel has graciously agreed to the adjournment and conferred as to possible adjourn dates: both sides are available on June 26 and 27, 2008.

Respectfully,

Brian L. Bromberg

cc:  Lisa Simonetti, Esq. (Via Fax: 310-556-5800)
     Anton Mikel, Esq. (Via Fax: 212-806-2680)

The conference is adjourned to June 27, 2008, at 11:30 AM.

SO ORDERED.

5/13/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE