UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Rubinstein,

                Plaintiff(s),

-v-

Department Stores,

                Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
JUN 2 7 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 1596 (LTS)(DFE)
08 Civ. 4843 (LTS)(DFE)

LAURA TAYLOR SWAIN, District Judge

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | Purpose:_____ ___ Habeas Corpus ___ Social Security |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | Particular Motion:_____ _____ All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               June 27, 2008

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge