UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RUBINSTEIN,

                      Plaintiff(s),

   -v-                                               No. 08 Civ. 1596 (LTS)
                                                     No. 08 Civ. 4843 (LTS)

DEPARTMENT STORES NATIONAL BANK,

                      Defendant(s).
-------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

### ORDER

The Status Conference scheduled for June 30, 2009, is rescheduled for July 23, 2009, at 11:00 a.m.

in Courtroom 11C.

Dated: New York, New York
       June 25, 2009

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUN 2 5 2009